

# NUMBER 13-19-00218-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE REBA ANN JOHNSON AND D.L. JOHNSON

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Perkes
### Order Per Curiam

Relators Reba Ann Johnson and D.L. Johnson filed a petition for writ of mandamus with a request for emergency relief in the above cause on May 7, 2019. Through this original proceeding, relators contend that the trial court abused its discretion by allowing discovery to proceed prior to the resolution of a pending motion to dismiss filed under the Texas Citizens Participation Act while relators are without counsel. Relators seek to stay all trial court proceedings pending resolution of their petition for writ of mandamus. Real party in interest, Highway Barricades and Services, LLC, has filed a response and a supplemental response to relators' request for emergency relief.

The Court, having examined and fully considered the relators' request for emergency relief and the response thereto, is of the opinion that the request should be granted in part and denied in part. The request for emergency relief is GRANTED and discovery in this case is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The request is DENIED insofar as all other pending matters, including those pertaining to the withdrawal and substitution of counsel, are not STAYED.

The Court requests that the real party in interest, Highway Barricades and Services, LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of seven days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
7th day of May, 2019.